**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-03275-REB-KLM

BIG CATS OF SERENITY SPRINGS, INC.,
NICK SCULAC,
JULIE WALKER, and
JULES INVESTMENT, INC.,

      Plaintiffs,

v.

THOMAS J. VILSACK (in his Official Capacity as Secretary of Agriculture),
CINDY RHODES,
TRACY THOMPSON, and other unnamed USDA employees

      Defendants.

---

## MINUTE ORDER[1]

---

The matter is before the court on the **Defendants' Motion for Leave To File a Reply to Their Objections** [#43],[2] filed February 12, 2015. After careful consideration of the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Defendants' Motion for Leave To File a Reply to Their Objections** [#43], filed February 12, 2015, is **GRANTED**; and

2. That the proposed **Reply to Objections to Recommendation** [43-1], filed February 12, 2015, as an attachment to the motion is accepted for filing.

Dated: February 12, 2015.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#43]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.