IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-03275-REB-KLM

BIG CATS OF SERENITY SPRINGS, INC., d/b/a SERENITY SPRINGS WILDLIFE CENTER,
NICK SCULAC,
JULIE WALKER, and
JULES INVESTMENT, INC.,

    Plaintiffs,

v.

THOMAS J. VILSACK (in his official capacity as Secretary of Agriculture),
CINDY RHODES,
TRACY THOMPSON, and other unnamed USDA employees,

    Defendants.

## STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

s/ Duston K. Barton  
Leonard H. MacPhee  
Duston K. Barton  
Attorney for Plaintiffs  
Perkins Coie LLP  
1900 Sixteenth Street, Suite 1400  
Denver, CO 80202  
Telephone: (303) 291-2300  
Attorneys for Plaintiffs

s/Juan G. Villaseñor  
Juan G. Villaseñor  
Assistant Unites States Attorney  
United States Attorney's Office  
District of Colorado  
1225 17th Street, Ste. 700  
Denver, CO 80202  
Telephone: (303) 454-0185  
Email: juan.villasenor@usdoj.gov  
Attorney for Defendants

**SO ORDERED**

Dated: June 8, 2015

Kristen L. Mix  
United States Magistrate Judge

LEGAL126357182.1