**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-03275-REB-KLM

BIG CATS OF SERENITY SPRINGS, INC.,
  d/b/a Serenity Springs Wildlife Center,
NICK SCULAC, and
JULES INVESTMENT, INC.,

      Plaintiffs,

v.

THOMAS J. VILSACK, in his Official Capacity as Secretary of Agriculture,
CINDY RHODES,
TRACY THOMPSON, and other unnamed USDA employees

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter is before me on the **Stipulation of Dismissal** [#78],[1] filed May 19, 2017. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

      **IT IS ORDERED** as follows:

      1. That the **Stipulation of Dismissal** [#78], filed May 19, 2017, is approved;

      2. That all pending pretrial deadlines and hearings are vacated; and

      3. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

---

[1] "[#78]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2

Dated May 22, 2017, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge